**Mark A. JOHNSON, Petitioner–Appellant,**

v.

**Thomas McBRIDE, Warden, Respondent–Appellee.**

No. 05–7396.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 26, 2006.

Decided: Dec. 11, 2006.

Mark A. Johnson, Appellant Pro Se. Dawn Ellen Warfield, Jon Rufus Blevins, Office of the Attorney General of West Virginia, Charleston, West Virginia, for Appellee.

Before LUTTIG,* WILLIAMS, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mark A. Johnson appeals the district court's order denying relief on his 28 U.S.C. § 2254 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm the dismissal of Johnson's stun belt issue for the reasons stated by the district court. *John-*

*son v. McBride*, No. CA–03–15–3 (N.D.W.Va. Mar. 26, 2006). We previously denied a certificate of appealability and dismissed the appeal as to all other issues. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*